**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jerry C. Hodges
   Debtor(s)

CHAPTER 13

BKY. NO. 15-18084 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

 Kindly enter my appearance on behalf of U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY), as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 0449

           Respectfully submitted,

           **/s/Thomas Puleo, Esquire**
           Thomas Puleo, Esquire
           Brian C. Nicholas, Esquire
           KML Law Group, P.C.
           701 Market Street, Suite 5000
           Philadelphia, PA 19106-1532
           (215) 825-6306  FAX (215) 825-6406