# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  JERRY C. HODGES | : | CHAPTER 13 |
| | : | |
| Debtor | : | NO. 15-18084 |

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK:

Kindly withdraw the above debtor's Second Amended Chapter 13 Plan, docket number 45, filed by YOUNG, MARR & ASSOCIATES as is incorrect.

/s/Paul H. Young
Paul H. Young, Esquire
Attorney for Debtor
3554 Hulmeville Road, Ste. 102
Bensalem, PA 19020

Date: 2/1/17