United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jerry C. Hodges  
    Debtor

Case No. 15-18084-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Jul 31, 2017  
                        Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2017.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
13641225        E-mail/Text: blegal@phfa.org Aug 01 2017 01:48:59     U.S. Bank National Association, et al,  
        c/o PA Housing Finance Agency,   211 North Front Street,   P.O. Box 15057,  
        Harrisburg, PA 17105-5057  
                                                                                                                                                                         TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2017 at the address(es) listed below:  
        ANDREW F GORNALL   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al...  
         agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al...  
        bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        LEON P. HALLER   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,  
         dmaurer@pkh.com  
        MATTEO SAMUEL WEINER   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al...  
        bkgroup@kmllawgroup.com  
        PAUL H. YOUNG   on behalf of Debtor Jerry C. Hodges ykassoc@gmail.com, ykaecf@gmail.com,  
         paullawyers@gmail.com,pyoung@ymalaw.com  
        THOMAS I. PULEO   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al...  
         tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                                                                                                                              TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-18084-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Jerry C. Hodges
4737 Meridian Street
Philadelphia PA 19136

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/28/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: U.S. Bank National Association, et al, c/o PA Housing Finance Agency, 211 North Front Street, P.O. Box 15057, Harrisburg, PA 17105-5057 | Pennsylvania Housing Finance Agency (PHFA) 211 North Front St.,Harrisburg,PA 17101 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/02/17

Tim McGrath
**CLERK OF THE COURT**