United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-18084-mdc
Jerry C. Hodges                                                           Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 2          Date Rcvd: Mar 15, 2018
                             Form ID: pdf900          Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2018.
```
db           +Jerry C. Hodges,    4737 Meridian Street,    Philadelphia, PA 19136-3310
cr           +Recovery Management Systems Corp,    PO Box 12931,    Norfolk, VA 23541-0931
13629727     +Acs Inc,   Attn: Bankruptcy,    Po Box 56317,    Philadelphia, PA 19130-6317
13646630     +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
              Arlington, TX 76096-3853
13726767      American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 5008,
              Carol Stream, IL  60197-5008
13752557     +Capital Recovery,    PO BOX 12931,    Norfolk VA 23541-0931
13629731     +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
13958328      Pennsylvania Housing Finance Agency (PHFA),    211 North Front St.,Harrisburg,PA 17101
13649336     +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
              Attn: Bankruptcy Dept 3F
13647258     #+Porania LLC,    P. O. Box 11405,    Memphis TN 38111-0405
13629734     +Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
13707743     +Wells Fargo Bank,    Box 5058 MAC P6053-021,    Portland, OR 97208-5058
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Mar 16 2018 01:32:22    City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 16 2018 01:32:07
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 16 2018 01:32:14    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13731415      E-mail/Text: g20956@att.com Mar 16 2018 01:32:25    AT&T Mobility II LLC,
              %AT&T SERVICES INC.,    KAREN A. CAVAGNARO  LEAD PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
              BEDMINSTER, NJ. 07921-2693
13629728      E-mail/Text: equiles@philapark.org Mar 16 2018 01:32:27    Acs Inc,    Pob 41818,
              Philadelphia, PA 19101-1818
13629729     +E-mail/Text: EBNProcessing@afni.com Mar 16 2018 01:32:10    Afni,    Attention: Bankruptcy,
              1310 Martin Luther King Dr,    Bloomington, IL 61701-1465
13629730     +E-mail/Text: EBNProcessing@afni.com Mar 16 2018 01:32:11    Afni,    Po Box 3097,
              Bloomington, IL 61702-3097
13673850      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 16 2018 01:28:45
              American InfoSource LP as agent for,    Verizon,    PO Box 248838,
              Oklahoma City, OK  73124-8838
13722166      E-mail/Text: bankruptcy@phila.gov Mar 16 2018 01:32:22    City of Philadelphia,
              Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA  19102-1595
13662513      E-mail/PDF: rmscedi@recoverycorp.com Mar 16 2018 01:28:21    Capital Recovery V, LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13636678      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 16 2018 01:28:27
              LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13629733     +E-mail/Text: blegal@phfa.org Mar 16 2018 01:32:09    Pa Housing Finance Age,    211 N Front St,
              Harrisburg, PA 17101-1406
13629732     +E-mail/Text: blegal@phfa.org Mar 16 2018 01:32:09    Pa Housing Finance Age,    Po Box 8029,
              Harrisburg, PA 17105-8029
13653103     +E-mail/Text: equiles@philapark.org Mar 16 2018 01:32:27    Philadelphia Parking Authority,
              701 Market St. Suite 5400,    Philadelphia, PA 19106-2895
13639313      E-mail/PDF: rmscedi@recoverycorp.com Mar 16 2018 01:28:21
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
13641225      E-mail/Text: blegal@phfa.org Mar 16 2018 01:32:10    U.S. Bank National Association, et al,
              c/o PA Housing Finance Agency,    211 North Front Street,    P.O. Box 15057,
              Harrisburg, PA 17105-5057
                                                                              TOTAL: 16
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            AmeriCredit Financial Services, Inc. dba GM Financ
cr*           Capital Recovery V, LLC,   c/o Recovery Management Systems Corporat,
              25 SE 2nd Avenue, Suite 1120,    Miami, FL  33131-1605
13658335*    +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
              Arlington, TX 76096-3853
                                                                     TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2        User: ChrissyW          Page 2 of 2              Date Rcvd: Mar 15, 2018
                           Form ID: pdf900          Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2018 at the address(es) listed below:

```
          ANDREW F GORNALL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
           agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
           bkgroup@kmllawgroup.com
          PAUL H. YOUNG    on behalf of Debtor Jerry C. Hodges support@ymalaw.com,  ykaecf@gmail.com,
           paullawyers@gmail.com,pyoung@ymalaw.com
          THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                               TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JERRY C. HODGES                           Chapter 13


                          Debtor          Bankruptcy No. 15-18084-MDC


### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

    **AND NOW**, this _____15th_____ day of _____March_____, 201 8 upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.



_____
               Magdeline D. Coleman
               Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020


Debtor:
JERRY C. HODGES

4737 MERIDIAN STREET

PHILADELPHIA, PA 19136-